OFFICE OF DISCIPLINARY COUNSEL *v.* KRAIG.

[Cite as *Disciplinary Counsel v. Kraig* (1998), 81 Ohio St.3d 187.]

(No. 97–1285—Submitted December 9, 1997—Decided March 4, 1998.)

188

*Jonathan E. Coughlan,* Disciplinary Counsel, and *Harald F. Craig III,* Assistant Disciplinary Counsel, for relator.

*Henry A. Hentemann* and *Mary L. Cibella,* for respondent.

---

**Per Curiam.** We have reviewed the record and adopt the findings, conclusions, and recommendation of the board. Respondent is hereby indefinitely suspended from the practice of law in Ohio with credit pursuant to Gov.Bar R. V(8)(D) for time served. Costs taxed to respondent.

*Judgment accordingly.*

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER and COOK, JJ., concur.

LUNDBERG STRATTON, J., dissents because she would not give credit for time served.